# United States District Court

## Eastern District of Wisconsin

### JUDGMENT IN A CIVIL ACTION

**LARRY DARNELL COBB, a/k/a Larry Gibson,**
　　　　　Plaintiff,

　　　　　v.　　　　　　　　　　　　　　　　　Case No. **21-CV-424**

**DR. JOSEPH MCLEAN,**
**DR. DMITRIY CHESTER,**
**NURSE KATIE KROPIDLOWSKI,**
**NURSE JENNIFER VAUGHN,**
**CO DAVID FIRKUS,**
**SGT. QUIANNA MCBRIDE, and**
**KESHA PARKER,**
　　　　　　　　　Defendants.

☒　　**Decision by Court.**  This action came before the Court and a decision has been rendered.

　　　　**IT IS ORDERED AND ADJUDGED** that summary judgment is GRANTED in favor of the defendants. Plaintiff's 42 U.S.C. Section 1983 action alleging a violation of his Eighth Amendment rights is hereby **DISMISSED WITHOUT PREJUDICE** for failure to exhaust his administrative remedies.

Date: November 28, 2023

　　　　　　　　　　　　　　Gina M. Colletti, Clerk of Court
　　　　　　　　　　　　　　EASTERN DISTRICT OF WISCONSIN
　　　　　　　　　　　　　　(By) Deputy Clerk, s/ Linda M. Zik

　　　　　　　　　　　　　　Approved this 28th day of November, 2023.

　　　　　　　　　　　　　　WILLIAM E. DUFFIN
　　　　　　　　　　　　　　United States Magistrate Judge